UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on January 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**MIRIAM MERCEDES ORTIZ**
**f/k/a MIRIAM ROSADO**
**a/k/a MIRIAM M. ORTIZ, Debtor**
**JOSHUAH A. RICHARDSON**
**a/k/a JOSHUHA A. RICHARDSON,**
**Codebtor**

Case No.: 16-28573-VFP

Judge: Vincent F. Papalia

## ORDER VACATING STAY OF PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**:

**DATED: January 27, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

2

| | |
|---|---|
| Debtor: | Miriam Mercedes Ortiz |
| Codebtor: | Joshuah A. Richardson |
| Case No.: | 16-28791-VFP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Capital One Auto Finance, a division of Capital One N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that the codebtor stay of Section 1301(a) is vacated to permit movant to pursue its rights as to Joshuah A. Richardson to the extent in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒   Personal property more fully described as:
    **2011 CHEVROLET TRUCK Equinox-4 Cyl. Utility 4D LS 2WD**
    **V.I.N. 2CNALBEC3B6256505**