| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Mester & Schwartz, P.C.<br>Jason Brett Schwartz, Esquire<br>Bar No. 4217<br>1333 Race Street<br>Philadelphia, PA 19107<br>(267) 909-9036 | **Order Filed on January 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**MIRIAM MERCEDES ORTIZ**<br>**f/k/a MIRIAM ROSADO**<br>**a/k/a MIRIAM M. ORTIZ, Debtor**<br>**JOSHUAH A. RICHARDSON**<br>**a/k/a JOSHUHA A. RICHARDSON,**<br>**Codebtor** | Case No.: 16-28573-VFP<br><br>Judge: Vincent F. Papalia |

### ORDER VACATING STAY OF PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**:

**DATED: January 27, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

2

| | |
|---|---|
| Debtor: | Miriam Mercedes Ortiz |
| Codebtor: | Joshuah A. Richardson |
| Case No.: | 16-28791-VFP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Capital One Auto Finance, a division of Capital One N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that the codebtor stay of Section 1301(a) is vacated to permit movant to pursue its rights as to Joshuah A. Richardson to the extent in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒    Personal property more fully described as:
**2011 CHEVROLET TRUCK Equinox-4 Cyl. Utility 4D LS 2WD
V.I.N. 2CNALBEC3B6256505**

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 16-28791-VFP
   Miriam Mercedes Ortiz                                    Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 1            Date Rcvd: Jan 30, 2017
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db             +Miriam Mercedes Ortiz,    390 Morris Avenue,    Apartment 23,    Summit, NJ 07901-4720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Miriam Mercedes Ortiz yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Miriam Mercedes Ortiz yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                                             TOTAL: 5
```