**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−28791−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Miriam Mercedes Ortiz
    aka Miriam M Ortiz, fka Miriam Rosado
    390 Morris Avenue
    Apartment 23
    Summit, NJ 07901

Social Security No.:
    xxx−xx−4654

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 20, 2018
JAN: mcp

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-28791-VFP
Miriam Mercedes Ortiz                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2018
                                Form ID: 148                 Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.

```
db             +Miriam Mercedes Ortiz,    390 Morris Avenue,   Apartment 23,    Summit, NJ 07901-4720
516424799      +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
516424806      +Ecmc,    101 E Fifth St,    Saint Paul, MN 55101-7515
516424807       Emergency Phy Assoc. North Jersey,    P.O. Box 5406,    Cincinnati, OH 45273-7942
516424808      +Emergency Phy. Assoc. of No. Jersey,    c/o HRGG,    P.O. Box 459080,
                 Fort Lauderdale, FL 33345-9080
516630325       Emergency Physician Associates North Jersey, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
516424810      +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
516424809      +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
516424811       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516424812      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
516424813      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
516424814       Experian,    P.O. Box 9530,    Allen, TX 75013
516424815       HRRG,    P.O. Box 8486,    Coral Springs, FL 33075-8486
516424816      +HRRG,    P.O. Box 189053,    Fort Lauderdale, FL 33318-9053
516424817       HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
516424819      +Joshua Ricardson,    1804 Cayon Court,    Cape Coral, FL 33991-3151
516424827      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
516424829       State of New York,    Office of the Attorney General,    State Capital,    Albany, NY 12224
516424828       State of New York,    Department of Taxation and Finance,    Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
516424831      +Svo Portfolio Services,    9002 San Marco Ct,    Orlando, FL 32819-8600
516424830      +Svo Portfolio Services,    Attn: Loan Servicing Administration,    9002 San March Court,
                 Orlando, FL 32819-8600
516482906      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516424834       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
516424835      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:25:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:25:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Feb 20 2018 23:08:00      Ascension Capital Group,
                 Attn: Capital One N.A. Department,    PO BOX 165028,    Irving, TX 75016-5028
cr             +EDI: AISACG.COM Feb 20 2018 23:08:00      Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +EDI: RMSC.COM Feb 20 2018 23:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516424795      +EDI: RMCB.COM Feb 20 2018 23:08:00      AMCA/Amer Medical Collection Agency,
                 4 Westchester Plaza,   Suite 110,    Elmsford, NY 10523-1615
516424796      +EDI: RMCB.COM Feb 20 2018 23:08:00      AMCA/Amer Medical Collection Agency,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
516424794      +E-mail/Text: bknotices@conduent.com Feb 20 2018 23:25:50      Acs/wells Fargo,    501 Bleecker St,
                 Utica, NY 13501-2401
516424798       EDI: CAPITALONE.COM Feb 20 2018 23:08:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516424797      +EDI: CAPITALONE.COM Feb 20 2018 23:08:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516462927      +EDI: AISACG.COM Feb 20 2018 23:08:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516424800      +EDI: CAPONEAUTO.COM Feb 20 2018 23:08:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
516445054      +EDI: AIS.COM Feb 20 2018 23:08:00      Capital One Auto Finance c/o AIS,
                 Portfolio Services, LP f/k/a AIS Data,    Services d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
516440727      +EDI: AISACG.COM Feb 20 2018 23:08:00      Capital One Auto Finance,,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516424801      +EDI: WFNNB.COM Feb 20 2018 23:08:00      Comenity Capital Bank/HSN,    Po Box 182125,
                 Columbus, OH 43218-2125
516424802      +EDI: WFNNB.COM Feb 20 2018 23:08:00      Comenity Capital Bank/HSN,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
516424803      +EDI: RCSFNBMARIN.COM Feb 20 2018 23:08:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516424804      +EDI: RCSFNBMARIN.COM Feb 20 2018 23:08:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516424805      +EDI: ECMC.COM Feb 20 2018 23:08:00      Ecmc,    1 Imation Place,    Bldg 2,
                 Oakdale, MN 55128-3422
516424818       EDI: IRS.COM Feb 20 2018 23:08:00      Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114-0326
```

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Feb 20, 2018
                               Form ID: 148             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516424821      +E-mail/Text: bankruptcy@optimarecoveryservices.com Feb 20 2018 23:25:25
                 Optima Recovery Servic,    6215 Kingston Pike,    Ste A,    Knoxville, TN 37919-4044
516424822      +E-mail/Text: bankruptcy@optimarecoveryservices.com Feb 20 2018 23:25:25
                 Optima Recovery Servic,    6215 Kingston Pk Ste A,    Knoxville, TN 37919-4044
516641761       EDI: PRA.COM Feb 20 2018 23:08:00       Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,    Norfolk VA 23541
516424823      +E-mail/Text: bankruptcy@savit.com Feb 20 2018 23:25:48       Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
516424824      +E-mail/Text: bankruptcy@savit.com Feb 20 2018 23:25:48       Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
516424825      +EDI: SWCR.COM Feb 20 2018 23:08:00       Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
516424826      +EDI: SWCR.COM Feb 20 2018 23:08:00       Southwest Credit Systems,    4120 International Parkway,
                 Carrollton, TX 75007-1958
516424833       EDI: TFSR.COM Feb 20 2018 23:08:00       Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
516424832       EDI: TFSR.COM Feb 20 2018 23:08:00       Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
517128603       EDI: BL-TOYOTA.COM Feb 20 2018 23:08:00       Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516424836      +EDI: WFFC.COM Feb 20 2018 23:08:00       Wells Fargo,    Wells Fargo Bank,    Po Box 5185,
                 Sioux Falls, SD 57117-5185
516424837      +EDI: WFFC.COM Feb 20 2018 23:08:00       Wells Fargo,    Po Box 84712,
                 Sioux Falls, SD 57118-4712
516424838      +EDI: WFFC.COM Feb 20 2018 23:08:00       Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
516424839      +EDI: WFFC.COM Feb 20 2018 23:08:00       Wells Fargo Bank Card,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516424820     ##+Marc Rosado,    183 Shelburne Road,    Apartment 3,    Burlington, VT 05401-4951
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Miriam Mercedes Ortiz yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Miriam Mercedes Ortiz yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 5
```